# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50145  **Case Name:** Tonsa C Balfour-Vaughn

**Set:** 04/15/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #22) - ORDER WITHDRAWING OBJECTION TO BE SUBMITTED BY DUNCAN

---

Minute Entry Re: (related document(s): [12] Confirmation Hearing) Duncan to submit an Order withdrawing the Objection filed by the Trustee [22]. Order due by 04/29/2025. Confirmation hearing removed. (mcc)