United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-50145-KMS
Tonsa C Balfour-Vaughn     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Apr 18, 2025     Form ID: n031     Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tonsa C Balfour-Vaughn, 406 N 21st Ave, Hattiesburg, MS 39401-4743 |
| 5470214 | + | ARCO, P.O. Box 771559, Memphis, TN 38177-1559 |
| 5470222 | + | HL&C Forrest, LLC, P.O. Box 60, Picayune, MS 39466-0060 |
| 5470221 | + | Harbor Loans of Petal, 100 Eastbrook Drive Ste 40, Petal, MS 39465-6008 |
| 5470228 | | Longleaf Finance of Purvis LLC, Stribling Law Firm, Post Office Box 50169, New Orleans LA 70150 |
| 5470232 | + | Midtown Oral Surgery, 811 S 28th Ave, Hattiesburg, MS 39402-2602 |
| 5470238 | | Oak Grove Family Denti, 6657 US Hwy 98, Hattiesburg, MS 39401 |
| 5470240 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5470212 | + | Email/Text: bankruptcy@1ffc.com | Apr 18 2025 19:27:00 | 1st Franklin, P.O. Box 16507, Hattiesburg, MS 39404-6507 |
| 5483190 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 19:31:52 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5495796 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2025 19:31:55 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5470213 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 18 2025 19:27:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5475227 | | Email/Text: notices@bkservicing.com | Apr 18 2025 19:27:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5470215 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2025 19:31:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5470216 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 18 2025 19:27:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5490544 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 18 2025 19:27:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5470217 | + | Email/Text: bzern@celticbank.com | Apr 18 2025 19:27:00 | Celtic Bank Corp, 268 S State St, Ste 300, Salt Lake Cit, UT 84111-5314 |
| 5470224 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 18 2025 19:27:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5470218 | + | Email/Text: EBN@edfinancial.com | Apr 18 2025 19:27:00 | EdFinancial Services, Attn: Claims, Po Box 36008, Knoxville, TN 37930-6008 |
| 5470219 | | Email/Text: rrush@familychoicefinancial.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: n031 | Total Noticed: 44 |

| | | | |
|---|---|---|---|
| | | Apr 18 2025 19:27:00 | Family Choice Financia, 3208 Service Dr, Ste E, Pearl, MS 39208 |
| 5485992 | + Email/Text: bankruptcy@curo.com | Apr 18 2025 19:27:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5470220 | + Email/Text: bankruptcy@curo.com | Apr 18 2025 19:27:00 | First Heritage, Attn: Bankruptcy, Po Box 1947, Greenville, SC 29602-1947 |
| 5470223 | + Email/Text: Bankruptcy@ICSystem.com | Apr 18 2025 19:27:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5470225 | + Email/Text: ebone.woods@usdoj.gov | Apr 18 2025 19:27:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5490691 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2025 19:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5470226 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2025 19:27:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5470227 | Email/Text: customerservice.us@klarna.com | Apr 18 2025 19:27:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5474137 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 19:31:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5470229 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 19:31:52 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5470233 | Email/Text: EBN@Mohela.com | Apr 18 2025 19:27:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5470234 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Apr 18 2025 19:27:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5470230 | + Email/Text: M74banko@mercedes-benz.com | Apr 18 2025 19:27:00 | MercedesBenz Financial, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 5495863 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2025 19:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5470231 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2025 19:27:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5493452 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Apr 18 2025 19:27:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5470235 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 18 2025 19:31:55 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5470236 | + Email/Text: netcreditbnc@enova.com | Apr 18 2025 19:27:00 | Net Credit Republic Ba, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 5483649 | + Email/Text: netcreditbnc@enova.com | Apr 18 2025 19:27:00 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5470237 | + Email/Text: netcreditbnc@enova.com | Apr 18 2025 19:27:00 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 5492734 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2025 19:31:55 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5470239 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2025 19:31:55 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5470241 | ^ MEBN | Apr 18 2025 19:23:33 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5488756 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 18 2025 19:43:55 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5470242 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 18 2025 19:43:56 | Wells Fargo/Dillards, Attn: Bankruptcy, 1 Home Campus, Mac X2303-01a, Des Moines, IA |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Apr 18, 2025 | Form ID: n031 | Total Noticed: 44 |

50328-0001

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tonsa C Balfour-Vaughn trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50145−KMS
**Chapter:** 13

**In re:**

Tonsa C Balfour−Vaughn
aka Tonsa Balfqur Vaughn
406 N 21st Ave
Hattiesburg, MS 39401

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on April 18, 2025 (Dkt. # 28 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 18, 2025                                    Danny L. Miller, Clerk of Court