

# INVOICE

Invoice # 8064
Date: 07/07/2025
Due On: 08/06/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Tonsa C Balfour-Vaughn

## 05740-Balfour-Vaughn Tonsa C

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | KR | 02/25/2025 | Draft Fee Application and Proposed Order: Prepared the calculations for the cost of the declaration of mailing expense; drafted and reviewed invoice for attorney and expense fees; drafted 1st Application for Compensation, Notice and Proposed Order | 0.40 | $0.00 | $0.00 |
| Service | KR | 02/25/2025 | Drafted email memo to SA re: Affidavit | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/25/2025 | Drafted email memo to TR re: review 1st Application for Compensation with the Application, the Notice and Exhibit A | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/25/2025 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/25/2025 | Review email from Attorney: Reviewed email memo from TR re: First Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/26/2025 | Reviewed email memo from VM with the signed affidavit; merged with the Application | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/26/2025 | Prepared the Application, Exhibit A and C for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 02/26/2025 | Received and reviewed the Declaration of Mailing from Certificate | 0.20 | $0.00 | $0.00 |

Invoice # 8064 - 07/07/2025

|  |  |  | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | of Service; prepared the 1st Application, the 21 day Notice, Exhibits A, C, and the Proposed Order for upload to the court |  |  |  |
| Service | KR | 02/26/2025 | Reviewed actual cost versus estimated cost of mailing expense; revise expense totals | 0.10 | $0.00 | $0.00 |
| Service | BB | 03/04/2025 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information for their meeting of creditors zoom for tomorrow. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/04/2025 | Review: 25-50145-KMS Order on Generic Motion Document# 20 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/05/2025 | Attend Ch 13 Meeting of Creditors David Rawlings | 0.30 | $360.00 | $108.00 |
| Service | BM | 03/11/2025 | Review: Proof of Claim 25-50145-KMS Affirm, Inc. Document # 7 | 0.10 | $155.00 | $15.50 |
| Service | BM | 03/11/2025 | Review: Proof of Claim 25-50145-KMS NetCredit Document # 8 | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/18/2025 | Review: 25-50145-KMS Trustee's Objection to Confirmation of Plan Document# 22 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/21/2025 | Review: Proof of Claim 25-50145-KMS Wells Fargo Bank, N.A. Document # 10 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/21/2025 | Review: Proof of Claim 25-50145-KMS Department of Treasury - Internal Revenue Service Document # Amended 2 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/21/2025 | Review: Proof of Claim 25-50145-KMS First Heritage Document # 9 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/25/2025 | Review: 25-50145-KMS Order on Application for Compensation Document# 23 | 0.10 | $360.00 | $36.00 |
| Service | BB | 04/07/2025 | Review and respond to email memo: Reviewed email memo from GM providing a document received in the mail requesting a signature for approval to retrieve household goods collateral. Drafted email to KR | 0.10 | $100.00 | $10.00 |

Invoice # 8064 - 07/07/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | inquiring if this is something that is needed. | | | |
| Service | KR | 04/07/2025 | Review and respond to email memo: Reviewed email memo from BB re: surrender letters; drafted email memo to BB informing her we do not need to send just save in clio | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/10/2025 | Email w/ Dave Rawlings re: TT Obj set for hearing | 0.20 | $360.00 | $72.00 |
| Service | JAC | 04/15/2025 | Review: 25-50145-KMS Minute Entry (CHAP) Document# 25 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/15/2025 | Review: 25-50145-KMS Order on Objection to Confirmation Document# 26 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/18/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.30 | $360.00 | $108.00 |
| Service | JAC | 04/21/2025 | Review: 25-50145-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 29 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/21/2025 | Review: 25-50145-KMS Order Confirming Chapter 13 Plan Document# 28 | 0.10 | $360.00 | $36.00 |
| Service | BB | 05/19/2025 | Review and respond to email memo: Reviewed email memo providing letter received requesting attorney signature for surrender of household goods. | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/28/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/07/2025 | Administrative - non-billable work: Reviewed and revised all ecf filings with correct docket event; created ecf folder; merged all ecf filings into ecf folder | 0.10 | $0.00 | $0.00 |
| Service | KR | 07/07/2025 | Reviewed court docket for previous orders and invoice filed; reviewed the trustee's website for amount of attorney fees paid in; drafted 1st part of the 2nd Application for Compensation | 0.20 | $155.00 | $31.00 |
| | | | | **Services Subtotal** | | **$863.50** |

**Expenses**

Invoice # 8064 - 07/07/2025

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/26/2025 | Difference of Cost of Mailing Expense for 1st Application for Compensation (certificateofservice.com) | 1.00 | $10.29 | $10.29 |
| Expense | 07/07/2025 | Estimated Cost of Mailing Expense for 2nd Application for Compensation (certificateofservice.com) | 1.00 | $3.50 | $3.50 |
| | | | | **Expenses Subtotal** | **$13.79** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.5 | $360.00 | $540.00 |
| Thomas Rollins | Attorney | 0.6 | $360.00 | $216.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Breanne McDaniel | Non-Attorney | 0.2 | $155.00 | $31.00 |
| Kerri Rodabough | Non-Attorney | 0.3 | $155.00 | $46.50 |
| Kerri Rodabough | Non-Attorney | 1.4 | $0.00 | $0.00 |
| | | | **Subtotal** | **$877.29** |
| | | | **Total** | **$877.29** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7610 | 03/27/2025 | $2,798.22 | $0.00 | $2,798.22 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8064 | 08/06/2025 | $877.29 | $0.00 | $877.29 |
| | | | **Outstanding Balance** | **$3,675.51** |
| | | | **Total Amount Outstanding** | **$3,675.51** |

Invoice # 8064 - 07/07/2025

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?  [8]  pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?  [1]  parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.  [2]
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.  [1]

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |
|---|---|
|  | 4 |
| Date and Time: | Mon Jul 07 2025 14:26:01 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 8 |
| Sheets Per Envelope | 4 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                                    1.52 |
| Postage Cost: | $                                                    0.73 |
| Total Cost: | $                                      3.50 (Minimum Charge) |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED